# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| IGUANA, LLC, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:08-CV-141 (HL) |
| PATRIOT PERFORMANCE MATERIALS, INC., | : | |
| Defendant. | : | |

## ORDER

The Court held a telephone conference with the parties on September 27, 2010 to discuss the pending trial in this case. Based on what was said during the conference, the Court believes it is necessary to set out in writing the issues to be tried at trial, and the deadline by which the parties are to next contact the Court.

The Court granted in part and denied in part Patriot's motion for summary judgment. Remaining issues or claims to be tried at trial are:

1. The amount of damages owed to Patriot by Iguana on Patriot's counterclaim for breach of contract or unjust enrichment.

2. Iguana's replevin claim for the return of certain materials needed to perform the cut and sew operations sent from Iguana to Patriot.

3. Iguana's enforcement of settlement claim regarding the agreement between Iguana and Patriot in which Patriot agreed to return materials to Iguana.

The Court suggested to the parties during the telephone conference that they conference with one another as to whatever discovery each party needs to be prepared for

trial. The Court requires that the parties submit a status report, in writing, to the Court no later than October 4, 2010.

      **SO ORDERED**, this the 28th day of September, 2010.

                                          *s/ Hugh Lawson*
                                          **HUGH LAWSON, SENIOR JUDGE**

lmc